IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NANCY PATEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-00859 (AJT/WEF) |
| ) | |
| DAB INSPECTION AND CONSULTING ) | |
| SERVICES LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

This matter is before the Court on Plaintiffs' First Motion for Default Judgment as to Defendants DAB Inspection and Consulting Services, Inc., Vijayalakshmi Murugesan and Babu Ramaraj, [Doc. No. 97] (the "Motion"), and supplement thereto, [Doc. No. 105], pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On September 2, 2025, Magistrate Judge Fitzpatrick issued a report with proposed findings of fact and recommendations, [Doc. No. 107] (the "R&R"). Magistrate Judge Fitzpatrick recommended that "the Court GRANT Plaintiffs' Motion for Default Judgment (Dkt. 97) as to Defendant Murugesan on Count 1; AWARD Plaintiffs $188,000 in compensatory damages and $14,570 in prejudgment interest, along with post-judgment interest, for which Murugesan alone shall be liable; DENY Plaintiffs' Motion for Default Judgment (Dkt. 97) in all other respects; and DISMISS the remaining claims without prejudice." [Doc. No. 107] at 1. No objection was filed to the R&R.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of Magistrate Judge Fitzpatrick. Accordingly, it hereby

1

**ORDERED** that the Motion [Doc. No. 97] be, and the same hereby is, **GRANTED** to the extent that Default Judgment is entered against Defendant Murugesan on Count 1, and the Court awards Plaintiffs $188,000 in compensatory damages and $14,570 in prejudgment interest, along with post-judgment interest, for which Murugesan alone is liable, and the Motion is otherwise **DENIED**; and it is further

**ORDERED** that all remaining claims are **DISMISSED** without prejudice.

The Clerk is directed to enter judgment in accordance with this Order in favor of Plaintiffs pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

Alexandria, Virginia
September 18, 2025

/s/
Anthony J. Trenga
United States District Judge